IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *ex rel*, BIKRAM H. MOHANTY, | ) | |
| | ) | CIVIL ACTION NO. 7:13-cv-141 (HL) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | FILED UNDER SEAL |
| HOSPITAL AUTHORITY OF | ) | DO NOT PLACE IN PRESS BOX |
| VALDOSTA AND LOWNDES COUNTY | ) | |
| d/b/a SOUTH GEORGIA MEDICAL | ) | DO NOT ENTER ON PACER |
| CENTER, VALDOSTA ORTHOPEDIC | ) | |
| ASSOCIATES, P.C., NORTH CROSSING | ) | DEMAND FOR JURY |
| REHABILITATION CLINIC, AND | ) | |
| OSCAR E. AGUERO, JR., M.D., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The United States of America ("United States") having declined to intervene in this action, and pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS HEREBY ORDERED that:

1.      The complaint filed by Relator Bikram H. Mohanty be unsealed after the date of this Order and served upon Defendants;

2.      All other contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendants, except for this Order and the United States of America's Notice of Election to Decline Intervention, which Relator will serve upon Defendants only after service of Relator's Complaint;

3.      The seal be lifted as to all other matters occurring in this action after the date of this Order;

4.      Relator and Defendants shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).

5.      The United States may order any deposition transcripts.

6.      The United States is entitled to intervene in this action, for good cause, at any time;

7.      The parties shall serve all notices of appeal upon the United States;

8.      All orders of this Court shall be sent to the United States; and

9.      Should Relator or any of the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**SO ORDERED**, this  2nd  day of   July            , 2014.


 s/ Hugh Lawson                            
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT